2008R01017

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine Hayden |
| v. | : | Criminal No. 08-662 |
| JOHN E. HOWARD | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 08-662, against defendant John E. Howard, charging the defendant with criminal possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1), because further prosecution is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Paul J. Fishman/rah*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. KATHARINE HAYDEN
United States District Judge

Dated: November 28, 2011.